KENNETH L. HARRIS, Respondent, v CITY OF BUFFALO et al., Appellants, et al., Defendants. [902 NYS2d 497]—Appeal from

an order of the Supreme Court, Erie County (Tracey A. Bannister, J.), entered October 22, 2009. The order, inter alia, granted the motion of plaintiff for partial summary judgment.

Now, upon reading and filing the stipulation discontinuing appeal signed by the attorneys for the parties on March 12, 2010, it is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Scudder, P.J., Martoche, Sconiers and Green, JJ.